IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BOBBI SIMMONS                                                                                  PLAINTIFF

V.                              CASE NO. 3:17-CV-00287 JTK

SOCIAL SECURITY ADMINISTRATION                                                 DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 11th day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE